THE PEOPLE ex rel. BRYANT W. DINSMORE, Appellant, *v.* THOMAS F. GILROY et al., Respondents.

(Argued January 28, 1895; decided February 26, 1895.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made December 17, 1894, which affirmed upon return of a writ of certiorari the proceedings of respondents constituting the board of estimate and apportionment of the city of New York upon the audit of a claim of Bryant W. Dinsmore.

*Roger Foster* for appellant.

*David J. Dean* for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed.